JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLEN LYNN JEFFRIES, ) ) | |
|        Petitioner, ) ) | Case No.  CV 08-7088-CAS(AJW) |
| vs. ) ) | |
| A. HEDGPETH, Warden, ) ) | JUDGMENT |
|        Respondent. ) ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: January 15, 2009

_____
Christina A. Snyder
United States District Judge